Christopher M. McDermott (SBN 253411)
cmcdermott@piteduncan.com
Matthew R. Clark (SBN 271054)
mclark@piteduncan.com
Todd S. Garan
tgaran@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for *Secured Creditor*
CitiMortgage, Inc.

FILED & ENTERED

SEP 25 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

In re

JACK PIANDARYAN,

Debtor.

Case No. 1:11-bk-13493-MT

Chapter 11

**ORDER ON STIPULATION RE: TREATMENT OF CITIMORTGAGE, INC.'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

<u>**SUBJECT PROPERTY:**</u>
7025-7027 Firmament Avenue,
Los Angeles, CA 91406

The parties having agreed to the terms set forth in the *Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization* are bound by the terms of their stipulation. The *Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization*, filed on September 20, 2012, docket number 85, is hereby approved and made an order of the court.

###

DATED: September 25, 2012

_____
United States Bankruptcy Judge

- 1 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER ON STIPULATION RE: TREATMENT OF CITIMORTGAGE, INC.'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **09/24/2012,** the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

| | |
|---|---|
| *Katherine Bunker* | *kate.bunker@usdoj.gov* |
| *Matthew R Clark* | *ecfcacb@piteduncan.com* |
| *Barry S Glaser* | *bglaser@swjlaw.com* |
| *Michael R Gonzales* | *lbcecf@bvwlaw.com* |
| *Erin L Laney* | *ecfcacb@piteduncan.com* |
| *Christopher M McDermott* | *ecfcacb@piteduncan.com* |
| *Brian A Paino* | *ecfcacb@piteduncan.com* |
| *Ramesh Singh* | *claims@recoverycorp.com* |
| *Ovsanna Takvoryan* | *ovsanna@takvoryanlawgroup.com* |
| *United States Trustee (SV)* | *ustpregion16.wh.ecf@usdoj.gov* |

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Jack Piandaryan , 7025 Firmament Ave, Van Nuys, CA 91406
~~Honorable Maureen A. Tighe, 21041 Burbank Boulevard, Suite 324 / Courtroom 302, Woodland Hills, CA 91367~~
~~Ovsanna Takvoryan , Takvoryan Law Group, a Professional Corp, 550 N Brand Bl Ste 1640, Glendale, CA 91203~~

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

H Jason Cohen, Cohen Law Group, 9911 W Pico Blvd Ste 1010, Los Angeles, CA 90035

☐ Service information continued on attached page