**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Attorneys for Debtor
Jack Piandaryan

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:11-bk-13493-MT |
| JACK PIANDARYAN, | Chapter 11 |
| Debtor. | **MOTION FOR ORDER REOPENING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 350; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JACK PIANDARYAN IN SUPPORT THEREOF** |
| | **DATE:   June 26, 2019**<br>**TIME:    10:00 A.M.**<br>**CTRM:  302** |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE:**

Jack Piandaryan, the reorganized debtor (the "Reorganized Debtor"), respectfully submits this Motion for Order Reopening Case Pursuant to 11 U.S.C. 350 (the "Motion"). In support of the Motion, the Reorganized Debtor submits the following memorandum of points and authorities and the declaration of Jack Piandaryan in support thereof and respectfully represents as follows:

1201968.1

MOTION

1  **I.    INTRODUCTION**

2        The Reorganized Debtor has completed his chapter 11 plan, obtained and

3  discharge and the case is now closed, however is still prevented from moving forward with

4  his financial affairs.

5        Specifically, the lender on his residence continues to treat Debtor's loan as if it was

6  in bankruptcy by failing to apply payments, making demand upon the Debtor for

7  arrearages that have been paid and willfully violating Debtor's confirmed chapter 11 plan

8  of reorganization.

9        Reorganized Debtor seeks to reopen this case to compel Mr. Cooper to correct its

10  records and to impose sanctions against Mr. Cooper for its repeated failure to respond.

11        In addition, Reorganized Debtor's prior chapter 11 case did not deal with two liens

12  that encumber the Debtor's real property.  One lien is a judgment lien that should have

13  been removed because the judgment creditor was paid through the plan.  The second lien

14  encumbers the real property although the loan was never made.  According, based upon

15  the all of the foregoing, the Debtor is required to seek an order reopening his case so that

16  these issues can be resolved.

17  **II.    FACTUAL BACKGROUND**

18        On March 21, 2011, the Reorganized Debtor filed his voluntary chapter 11

19  bankruptcy petition (the "Bankruptcy Case").  The Reorganized Debtor is a writer, director

20  and producer.   The Debtor owns the residential real property located at 7025-7027

21  Firmament Ave., Van Nuys, California, California (the "Firmament Property").  The

22  Firmament Property consists of two residences on one lot.

23        Prior to the Bankruptcy Case, on or about January 14, 2005, Debtor obtained a

24  mortgage loan in the original principal sum of $460,000, which was reflected in a

25  promissory note (the "Note"), secured by a deed of trust (the "Deed of Trust")

26  encumbering the real property commonly known as 7025-7027 Firmament Avenue, Los

27  Angeles, California 91406 (the "Property").

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1201968.1                                      2                                      MOTION

1    CitiMortgage, Inc.("CitiMortgage") was the holder of the Note and the record

2    beneficiary under the Deed of Trust.  On August 2, 2012, CitiMortgage filed a Proof of

3    Claim which reflected an outstanding balance as of March 21, 2011, of $457,074.96 (the

4    "CitiMortgage Claim").

5    On July 19, 2012, Debtor filed his Amended Chapter 11 Plan which proposed to

6    bifurcate the CitiMortgage Claim into a secured portion and an unsecured portion based

7    upon the fair market value of the Property.  On September 20, 2012, CitiMortgage and Mr.

8    Debtor entered into a Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under

9    Debtor's Proposed Chapter 11 Plan of Reorganization (the "Stipulation").  A true and

10    correct copy of the Stipulation and the Order approving the Stipulation and the Order are

11    attached hereto as Exhibit "1."

12    Pursuant to the Stipulation and Order, the CitiMortgage Claim was bifurcated into a

13    secured portion in the amount of $425,000 (the "Secured Claim") and an unsecured

14    portion (the "Unsecured Claim") in the amount of $107,863.02.  The Stipulation further

15    provided that the Debtor would pay the Secured Claim amortized over thirty (30) years at

16    5.00% interest payable in the sum of $2,426.43 commencing on November 1, 2012.  On

17    July 25, 2018, Debtor's discharge was entered and the case was closed on August 13,

18    2018.

19    Prior to the entry of discharge and closing of the case, on June 6, 2017,

20    CitiMortgage transferred its claim to Nationstar Mortgage LLC dba Mr. Cooper ("Mr.

21    Cooper").  Mr. Piandaryan has made his payments timely to CitiMortgage and thereafter

22    to Mr. Cooper.  Despite this fact, on November 1, 2018, Mr. Cooper mailed an

23    Informational Statement ("Statement") to the Debtor which set forth that the Debtor owed

24    Mr. Cooper, at that time, the sum of $141,713.28 was due and owing.

25    Through his counsel, the Debtor has attempted to communicate with Mr. Cooper

26    informally by providing them with all of the information relating to the Debtor's discharge

27    and closing of the case.  Despite repeated communications with Mr. Cooper, the Debtor

28    continues to received subsequent Statements from Mr. Cooper listing various amounts,

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1   none of which reflect that since the bankruptcy has been filed the Debtor has made all

2   payments timely to both Mr. Cooper and CitiMortgage, a sum in excess of $170,000.00.  A

3   true and correct copy of the most current statement is attached hereto as Exhibit "2."

4       In addition to the issue with Mr. Cooper, there are two other liens which continue to

5   encumber the Reorganized Debtor's Property despite the fact that the Debtor paid the one

6   of the lienholders through his Plan and the other lien is invalid.

7

8   **III.**    **MEMORANDUM OF POINTS AND AUTHORITIES**

9       **A.**    **Cause Exists to Reopen the Case Pursuant to 11 U.S.C. § 350(b)**

10      "A case may be reopened in the court in which such case was closed to administer

11  assets, to accord relief to the debtor, or for other cause."  11 U.S.C. § 350(b).  "[A]lthough

12  a motion to reopen is addressed to the sound discretion of the bankruptcy court, the court

13  has the duty to reopen an estate whenever prima facie proof is made that it has not been

14  fully administered.  In particular, it is an abuse of discretion to deny a motion to reopen

15  where assets of such probability, administrability, and substance appear to exist as to

16  make it unreasonable under all the circumstances for the court not to deal with them." *In*

17  *re Lopez,* 283 B.R. 22, 27 (B.A.P. 9th Cir. 2002).

18      Despite repeated calls and correspondence, Mr. Cooper has failed and refused to

19  provide a corrected statement of his account ("Statement").  In addition, Mr. Cooper has

20  failed and refused to apply the payments that the Debtor made to the account in excess of

21  $170,000 which appear to be held in suspense.  Finally, Mr. Cooper's inaccurate records

22  have been reflected in the Debtor's Mortgage Interest Statement reported by Mr. Cooper

23  to the Internal Revenue Service.

24      Mr. Cooper's failure to apply the funds currently held in suspense and provide the

25  Debtor with a correct 1098 appears to be a willful violation of the Debtor's confirmed

26  chapter 11 plan of reorganization.  Debtor seeks to reopen this case to compel Mr.

27  Cooper to correct its records and to impose sanctions against Mr. Cooper for its repeated

28  failure to respond.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1    In addition, Reorganized Debtor seeks to remove two liens which continue to

2    encumber Debtor's real property.  These liens should have been dealt with during

3    Debtor's chapter 11 case however were never addressed.  Accordingly, based upon the

4    foregoing, "cause" exists to reopen the estate.

5    **IV.    <u>CONCLUSION</u>**

6    In light of the foregoing, the Reorganized Debtor respectfully requests that this

7    Court enter an order:

8    A.    Granting this Motion;

9    B.    Reopening the Reorganized Debtor's case to allow for him to seek sanctions

10    against Mr. Cooper for their failure to correct their records in violation of Debtor's

11    confirmed plan of reorganization and to remove two liens which encumber Debtor's

12    residence which should have been dealt with under the Debtor's Plan; and

13    C.    For such other and further relief as this Court deems just and proper.

14    Respectfully submitted,

15    Dated: April 16, 2019    WEILAND GOLDEN GOODRICH LLP

16

17    By:  /s/ Jeffrey I. Golden

18    JEFFREY I. GOLDEN
      Counsel for Reorganized Debtor, Jack
      Piandaryan

19

20

21

22

23

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1

<u>DECLARATION OF JACK PIANDARYAN</u>

2

3      I, Jack PIANDARYAN, declare as follows:

4      1.      I am the Debtor in the above Chapter 11 proceeding (the "Reorganized

5  Debtor"), and have been responsible for making all payments under the Plan.  I am

6  submitting this declaration in support of the Reorganized Debtor's motion for a final

7  decree closing its bankruptcy case.  I have personal knowledge of the facts set forth in

8  this declaration and, if called as a witness, could and would testify competently to such

9  facts under oath.

10     2.      On March 21, 2011, I caused to be filed my voluntary chapter 11 bankruptcy

11 petition.  I am a writer, director and producer.

12     3.      Prior to the Bankruptcy Case, on or about January 14, 2005, I obtained a

13 mortgage loan in the original principal sum of $460,000, which was reflected in a

14 promissory note (the "Note"), secured by a deed of trust (the "Deed of Trust")

15 encumbering the real property commonly known as 7025-7027 Firmament Avenue, Los

16 Angeles, California 91406 (the "Property").  CitiMortgage, Inc.("CitiMortgage") was the

17 holder of the Note and the record beneficiary under the Deed of Trust.

18     4.      On August 2, 2012, CitiMortgage filed a Proof of Claim which reflected an

19 outstanding balance as of March 21, 2011, of $457,074.96 (the "CitiMortgage Claim").

20     5.      On July 19, 2012, I filed my Amended Chapter 11 Plan which proposed to

21 bifurcate the CitiMortgage Claim into a secured portion and an unsecured portion based

22 upon the fair market value of the Property.  On September 20, 2012, I entered into a

23 Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under Debtor's Proposed Chapter

24 11 Plan of Reorganization (the "Stipulation") with CitiMortgage.  A true and correct copy of

25 the Stipulation and the Order approving the Stipulation and the Order are attached hereto

26 as Exhibit "1."

27     6.      Pursuant to the Stipulation and Order, the CitiMortgage Claim was

28 bifurcated into a secured portion in the amount of $425,000 (the "Secured Claim") and an

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

1  unsecured portion (the "Unsecured Claim") in the amount of $107,863.02.  The Stipulation

2  further provided that I would pay the Secured Claim amortized over thirty (30) years at

3  5.00% interest payable in the sum of $2,426.43 commencing on November 1, 2012.

4      7.    By order entered on October 19, 2012, the Court confirmed my *Second*

5  *Amended Chapter 11 Plan of Reorganization* (the "Plan") with an effective date of the

6  November 3, 2012. Under the Plan, all creditors were paid percentage of their claims from

7  my earnings as well as monthly contributions from third parties.   I have made all of those

8  payments.

9      8.    On July 25, 2018, my discharge was entered and the case was closed on

10  August 13, 2018.

11      9.    Prior to the entry of my discharge and closing of the case, on June 6, 2017,

12  CitiMortgage transferred its claim to Mr. Cooper.  I have made all payments timely to

13  CitiMortgage and thereafter to Mr. Cooper.  In fact, I have made over Despite this fact, on

14  November 1, 2018, Mr. Cooper mailed me an Informational Statement ("Statement") to the

15  Debtor which set forth that the Debtor owed Mr. Cooper, at that time, the sum of

16  $141,713.28.  I have received subsequent Statements from Mr. Cooper listing various

17  amounts, most recently on March 19, 2019, wherein Mr. Cooper claims that I own them a

18  payment of $151,554.48.  A true and correct copy of that statement is attached hereto as

19  Exhibit "2."

20      10.    My counsel has made repeated attempts to communicate informally with Mr.

21  Cooper to correct their records, however they continue to take no action which has

22  caused me substantial harm, including, but not limited to my inability to refinance the loan

23  and attorney's fees.

24      11.    In addition to the issue with Mr. Cooper, there are two other liens which

25  continue to my Property despite the fact that I have paid the one of the lienholders through

26  my Plan and the other lien is invalid.

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 16th day of April, 2019, at Van Nuys, California.

                                                Jack Piandaryan

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# EXHIBIT 1

1 | Christopher M. McDermott (SBN 253411)
cmcdermott@piteduncan.com
2 | Matthew R. Clark (SBN 271054)
mclark@piteduncan.com
3 | Todd S. Garan (SBN 236878)
tgaran@piteduncan.com
4 | PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
5 | P.O. Box 17933
San Diego, CA 92177-0933
6 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385
7 |
8 | Attorney for *Secured Creditor*
CitiMortgage, Inc.

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

11 | In re      Case No. 1:11-bk-13493-MT

12 | JACK PIANDARYAN,      Chapter 11

13 |      Debtors.      **STIPULATION RE: TREATMENT OF CITIMORTGAGE, INC.'S CLAIM**

14 |      **UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF**

15 |      **REORGANIZATION**

16 |      SUBJECT PROPERTY:
7025-7027 Firmament Avenue,

17 |      Los Angeles, CA 91406

18 |      This Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under Debtor's Proposed

19 | Chapter 11 Plan of Reorganization ("Stipulation") is entered into by and between secured

20 | creditor, CitiMortgage, Inc. ("CitiMortgage"), by and through its attorneys of record, Pite

21 | Duncan LLP, and Jack Piandaryan, (the "Debtor"), by and through his attorneys of record, the

22 | Cohen Law Group and Takvoryan Law Group. Debtor and CitiMortgage are collectively referred

23 | to hereinafter as the "Parties."

24 |      WHEREAS, on or about January 14, 2005, Debtor obtained a mortgage loan (the "Loan")

25 | from Callisto Group, Inc., dba Metro Lending Services ("Callisto Group") in the original

26 | principal sum of $460,000.00, which was reflected in a promissory note (the "Note") secured by

27 | a deed of trust (the "Deed of Trust") encumbering the real property commonly known as 7025-

28 | 7027 Firmament Avenue, Los Angeles, California 91406 (the "Property");

-1-       CASE NO. 1:11-bk-13493-MT

**STIPULATION RE: TREATMENT OF CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

EXHIBIT 1  PAGE  9

1    WHEREAS, CitiMortgage is the current holder of the Note and record beneficiary under

2   the Deed of Trust;

3    WHEREAS, on March 21, 2011, Debtor commenced this case by filing a voluntary

4   petition for relief under chapter 11 of the Bankruptcy Code;

5    WHEREAS, on August 2, 2011, CitiMortgage filed a Proof of Claim (the "Claim") in

6   this case, which reflects that the outstanding balance of the Loan as of March 21, 2011, was

7   $457,074.96 (the "Outstanding Balance");

8    WHEREAS, on April 19, 2012, Debtor filed an Adversary Complaint (the "Complaint")

9   against Callisto Group, CitiMortgage (which was erroneously sued as Citibank, N.A.), Indymac

10  Bank, FSB, Vantium Capital, Inc., dba Acqura Loan Servicing, Castle Peak 2010-1 Loan Trust,

11  and U.S. Bank, N.A.;

12    WHEREAS, on or about July 19, 2012, Debtor filed an Amended Chapter 11 Plan (the

13  "Plan") wherein he proposes to bifurcate the Claim into a secured portion in the amount of

14  $425,000.00 and an unsecured portion in the amount of $107,863.02; and

15    WHEREAS, the Parties have agreed to resolve the Complaint and treatment of the Claim

16  under the Plan pursuant to this Stipulation.

17    NOW THEREFORE, the Parties hereby stipulate as follows:

18    1.    The fair market value of the Property is **$452,000.00**.

19    2.    CitiMortgage shall have a fully secured claim in the amount of **$452,000.00** (the

20  "Secured Claim") amortized over **thirty (30) years at 5.00%** interest per annum.

21    3.    CitiMortgage shall have an unsecured claim (the "Unsecured Claim") for the

22  difference between the Outstanding Balance and the Secured Claim. Creditor shall receive, in

23  full and final satisfaction of its Unsecured Claim, its pro rata share of the dividend issued to

24  general unsecured creditors under the Plan.

25    4.    Debtor shall tender regular monthly principal and interest payments in the sum of

26  $2,426.43 to CitiMortgage for the Secured Claim, commencing **November 1, 2012,** and

27  continuing until all such outstanding amounts under the Secured Claim are paid in full.

28  ///

- 2 -                      CASE NO. 1:11-bk-13493-MT
STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

EXHIBIT 1  PAGE  10

1      5.    In addition, Debtor shall tender all necessary escrow payments for any and all real

2  property taxes and/or real property insurance advances made or to be made by CitiMortgage.

3  Debtor shall tender the necessary escrow payments together with the regular monthly mortgage

4  payments described in paragraph 4 above, commencing on **November 1, 2012**, and continuing

5  thereafter until the Secured Claim is paid in full.

6      6.    Except as otherwise expressly provided herein, all remaining terms of the Note

7  and Deed of Trust shall govern the treatment of the Secured Claim.

8      7.    In the event of any future default on any of the above-described provisions,

9  inclusive of this Stipulation, CitiMortgage shall provide written notice via certified mail to

10  Debtor, at 7025 Firmament Ave., Van Nuys, CA 91406, and to Debtor's co-counsel, Ovsanna

11  Takvoryan, at 550 N. Brand Bl., Ste 1640, Glendale, CA 91203, indicating the nature of default.

12  If Debtor fails to cure the default with certified funds after the passage of thirty (30) calendar

13  days from the date the written notice is placed in the mail, then the automatic stay shall terminate

14  and CitiMortgage may proceed to foreclose its security interest in the Property under the terms of

15  the Note and Deed of Trust and pursuant to applicable state law, and thereafter commence any

16  action necessary to obtain complete possession of the Property without further notice, order, or

17  proceeding of this Court.

18      8.    CitiMortgage's acceptance of a late or partial payment shall not act as a waiver of

19  its right to proceed hereunder.

20      9.    In the event that CitiMortgage is granted relief from the automatic stay, the

21  Parties stipulate that the 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of

22  Bankruptcy Procedure shall be waived.

23      10.    In the event the Debtor defaults under this Stipulation and CitiMortgage forwards

24  a 30-day letter to Debtor, Debtor shall be required to tender $100.00 for each default letter

25  submitted in order to cure the default.

26      11.    At the request of CitiMortgage, Debtor shall execute such documents and

27  instruments as are necessary to: (i) reflect Debtor as the borrower of the Secured Claim and/or

28  (ii) modify the terms of the obligation to conform with the provisions of the this Stipulation.

- 3 -                            CASE NO. 1:11-bk-13493-MT
**STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION**

EXHIBIT 1  PAGE  11

1   12.   The terms of this Stipulation may not be modified, altered, or changed by the

2   Plan, any confirmation order thereon, any subsequently filed amended chapter 11 plan and/or

3   any confirmation order on an amended chapter 11 plan without the express written consent of

4   CitiMortgage. The terms of this Stipulation shall be incorporated into the Plan and/or any

5   subsequently filed, amended chapter 11 plan.

6   13.   In the event this case is dismissed or converted to any other chapter under Title 11

7   of the United States Bankruptcy Code, CitiMortgage shall retain its lien in the full amount due

8   under the Note and the automatic stay shall be terminated without further notice, order, or

9   proceeding of the court.

10   14.   In the event Debtor sells the Property prior to receiving his chapter 11 discharge,

11   CitiMortgage shall be entitled to exercise its rights pursuant to 11 U.S.C. §363(k) and/or 11

12   U.S.C. §363(f), and shall be permitted to receive proceeds from the sale of the Property in an

13   amount not less than the original outstanding balance owing under the terms of the Note. If the

14   proposed sales price of the Property is less than the original outstanding balance owing under the

15   Note, then Debtor must obtain CitiMortgage's consent in writing prior to proceeding with the

16   sale.

17   15.   Within 7 days of the date of the entry of the order approving this Stipulation,

18   Debtor shall file a notice of voluntary dismissal of the Complaint whereby he dismisses, *with*

19   *prejudice*, all claims alleged against CitiMortgage and that affect the Loan.

20   16.   In exchange for the forgoing, this Stipulation shall constitute a ballot voting in

21   favor of the Debtor's Plan for the Secured Claim and Unsecured Claim.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 4 -                                          CASE NO. 1:11-bk-13493-MT
STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

EXHIBIT 1  PAGE  12

1    17.    This Stipulation may be executed in one or more counterparts, each of which shall

2  be deemed an original, and all of which together shall constitute one and the same instrument.

3  IT IS SO STIPULATED:

4                                                    TAKVORYAN LAW GROUP

5

6  Dated: September __, 2012

7                                                    _____
                                                     OVSANNA TAKVORYAN
                                                     Attorneys for *Debtor* Jack Piandaryan

8                                                    COHEN LAW GROUP

9

10  Dated: September 13 2012

11                                                   _____
                                                     JASON COHEN
                                                     Attorneys for *Debtor* Jack Piandaryan

12

13                                                   PITE DUNCAN, LLP

14

15  Dated: September 19 2012                         _____
                                                     MATTHEW R. CLARK
                                                     Attorney for *Secured Creditor* CitiMortgage, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

EXHIBIT 1  PAGE  13

17.   This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

IT IS SO STIPULATED:

TAKVORYAN LAW GROUP

Dated: September 13, 2012

_____
OVSANNA TAKVORYAN
Attorneys for *Debtor* Jack Piandaryan

COHEN LAW GROUP

Dated: September __, 2012

_____
JASON COHEN
Attorneys for *Debtor* Jack Piandaryan

PITE DUNCAN, LLP

Dated: September 19, 2012

_____
MATTHEW R. CLARK
Attorney for *Secured Creditor* CitiMortgage, Inc.

-5-                    CASE No. 1:11-bk-13493-MT
STIPULATION RE: TREATMENT OF CREDITOR'S CLAIM
UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

EXHIBIT 1  PAGE  14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Ste. 200, PO Box 17933, San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (specify): ***STIPULATION RE: TREATMENT OF CITIMORTGAGE, INC.'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ***09/20/2012*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) ***09/20/2012*** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

H Jason Cohen, Cohen Law Group, 9911 W Pico Blvd Ste 1010, Los Angeles, CA 90035
Honorable Maureen A. Tighe, 21041 Burbank Boulevard, Suite 324 / Courtroom 302, Woodland Hills, CA 91367
Jack Piandaryan , 7025 Firmament Ave, Van Nuys, CA 91406
Ovsanna Takvoryan , Takvoryan Law Group, a Professional Corp, 550 N Brand Bl Ste 1640, Glendale, CA 91203

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/20/2012 | Michelle Doan | /s/ Michelle Doan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1  PAGE  15

1  Christopher M. McDermott (SBN 253411)
   cmcdermott@piteduncan.com
2  Matthew R. Clark (SBN 271054)
   mclark@piteduncan.com
3  Todd S. Garan
   tgaran@piteduncan.com
4  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
5  P.O. Box 17933
   San Diego, CA 92177-0933
6  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
7

```
┌──────────────────────────────────────┐
│         FILED & ENTERED                │
│                                        │
│            SEP 25 2012                 │
│                                        │
│   CLERK U.S. BANKRUPTCY COURT          │
│   Central District of California       │
│   BY williams  DEPUTY CLERK            │
└──────────────────────────────────────┘
```

8  Attorney for *Secured Creditor*
   CitiMortgage, Inc.

**CHANGES MADE BY COURT**

9  **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**
10
   In re                                    Case No. 1:11-bk-13493-MT
11
   JACK PIANDARYAN,                         Chapter 11
12
              Debtor.                       **ORDER ON STIPULATION RE:**
13                                          **TREATMENT OF CITIMORTGAGE,**
                                            **INC.'S CLAIM UNDER DEBTOR'S**
14                                          **PROPOSED CHAPTER 11 PLAN OF**
                                            **REORGANIZATION**
15
                                            **SUBJECT PROPERTY:**
16                                          7025-7027 Firmament Avenue,
                                            Los Angeles, CA 91406
17
18         The parties having agreed to the terms set forth in the *Stipulation Re: Treatment of*

19  *CitiMortgage, Inc.'s Claim Under Debtor's Proposed Chapter 11 Plan of Reorganization* are bound

20  by the terms of their stipulation. The *Stipulation Re: Treatment of CitiMortgage, Inc.'s Claim Under*

21  *Debtor's Proposed Chapter 11 Plan of Reorganization*, filed on September 20, 2012, docket number

22  85, is hereby approved and made an order of the court.

23  ###

24

25                                    *[signature]*

26

27  DATED: September 25, 2012          ─────────────────────────────
                                       United States Bankruptcy Judge
28

                                    - 1 -

EXHIBIT 1  PAGE  16

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify): **_ORDER ON STIPULATION RE:_**
**_TREATMENT OF CITIMORTGAGE, INC.'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN_**
**_OF REORGANIZATION_** was entered on the date indicated as "Entered" on the first page of this judgment
or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling
General Orders and LBRs, the foregoing document was served on the following persons by the court via
NEF and hyperlink to the judgment or order. As of (date) _09/24/2012,_ the following persons are currently on
the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission
at the email addresses stated below.

| | |
|---|---|
| Katherine Bunker | kate.bunker@usdoj.gov |
| Matthew R Clark | ecfcacb@piteduncan.com |
| Barry S Glaser | bglaser@swjlaw.com |
| Michael R Gonzales | lbcecf@bvwlaw.com |
| Erin L Laney | ecfcacb@piteduncan.com |
| Christopher M McDermott | ecfcacb@piteduncan.com |
| Brian A Paino | ecfcacb@piteduncan.com |
| Ramesh Singh | claims@recoverycorp.com |
| Ovsanna Takvoryan | ovsanna@takvoryanlawgroup.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

☐ Service information continued on
attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this
judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons
and/or entities at the addresses indicated below:

Jack Piandaryan , 7025 Firmament Ave, Van Nuys, CA 91406
~~Honorable Maureen A. Tighe, 21041 Burbank Boulevard, Suite 324 / Courtroom 302, Woodland Hills, CA 91367~~
~~Ovsanna Takvoryan , Takvoryan Law Group, a Professional Corp, 550 N Brand Bl Ste 1640, Glendale, CA 91203~~

☐ Service information continued on
attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment
or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete
copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and
file a proof of service of the entered order on the following persons and/or entities at the addresses,
facsimile transmission numbers, and/or email addresses stated below:

H Jason Cohen, Cohen Law Group, 9911 W Pico Blvd Ste 1010, Los Angeles, CA 90035

☐ Service information continued on
attached page

- 2 -

EXHIBIT 1  PAGE  17

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE:      §
     §
     §      **CASE NO. 1:11-bk-13493-MT**
JACK PIANDARYAN      §
       DEBTOR      §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage LLC | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Nationstar Mortgage LLC
    PO Box 619096
    Dallas, Texas 75261-9741

Phone: (877) 343-5602
Last Four Digits of Acct #: xxxxxx9012

Name and Address where transferee payments should be sent (if different from above):

    Nationstar Mortgage LLC
    PO Box 619094
    Dallas, Texas 75261-9741

Phone: (877) 343-5602
Last Four Digits of Acct #: xxxxxx9012

Court Claim # (if known): 16-1
Amount of Claim: $457,074.96
Date Claim Filed: 08/02/2011

Phone: 301-696-4053
Last Four Digits of Acct.#: 4145

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Kussmaul          Date:          06/06/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

5559-N-0771

EXHIBIT 1  PAGE  18

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 6, 2017 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Jack Piandaryan
7025 Firmament Ave
Van Nuys, CA 91406

**Debtors' Attorney**
Vahe Khojayan
KG Law
1010 N Central Ave Ste 450
Glendale, CA 91202

**U.S. Trustee**
United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Respectfully Submitted,

/s/ Andrew Kussmaul
Andrew Kussmaul

5559-N-0771

EXHIBIT 1  PAGE  19

**mr.**
## cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

1/7/19



OUR INFO
ONLINE
www.mrcooper.com

YOUR INFO
LOAN NUMBER
0638239012

PROPERTY ADDRESS
7025 FIRMAMENT AVENUE
LOS ANGELES, CA 91406

0003589 01 AB  0.405 01   TR 00018 RN98EYQ1 001000
JACK PIANDARYAN
7025 FIRMAMENT AVENUE
VANNUYS, CA 91406

---

*SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*

### ANNUAL TAX AND INTEREST STATEMENT

JACK PIANDARYAN
7025 FIRMAMENT AVENUE
VANNUYS, CA 91406

Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019
TIN#: 75-2921540

YEAR: 2018
ACCT #: 0638239012
SSN/TIN: XXX-XX-3244

**DISBURSEMENTS FROM ESCROW**

**PRINCIPAL RECONCILIATION**
BEG BAL: $425,000.00
APPLIED BALANCE: $0.00
ENDING BAL: $425,000.00

CURRENT TOTAL PYMT: $1,965.24
CURRENT ESCROW PYMT: $0.00
CURRENT OPTIONAL INS PYMT: $0.00

**INTEREST RECONCILIATION**
INTEREST PAID: $0.00
MORTGAGE INTEREST RECEIVED FROM
PAYER(S)/BORROWER(S): $0.00

*If the SSN or TAX ID Number shown above is incorrect or if the space is blank, please complete the Tax Identification Certification on the reverse side of this statement and return it to us at our return address in the Annual Tax and Interest Statement box above.*

---

☐ **CORRECTED (if checked)**

RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019
Customer Service: 888-480-2432

OMB No. 1545-0901

**2018**

Form 1098

*Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

**Mortgage Interest Statement**

| | | |
|---|---|---|
| 1 Mortgage interest received from payer(s)/borrower(s)* | | |
| $ 0.00 | | |

**Copy B**
**For Payer/Borrower**

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN | 2 Outstanding mortgage principal as of 1/1/2018 | 3 Mortgage origination date |
|---|---|---|---|
| 75-2921540 | XXX-XX-3244 | $ 425,000.00 | 01/14/2005 |
| | | 4 Refund of overpaid interest | 5 Mortgage insurance premiums |
| | | $ 0.00 | $ 0.00 |

The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

PAYER'S/BORROWER'S name
JACK PIANDARYAN

| 6 Points paid on purchase of principal residence |
|---|
| $ 0.00 |

Street address (including apt. no.)
7025 FIRMAMENT AVENUE

7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.

City or town, state or province, country, and ZIP or foreign postal code
VANNUYS, CA 91406

8 Address or description of property securing mortgage (see instructions)

| 9 Number of properties securing the mortgage | 10 Other |
|---|---|

7025 FIRMAMENT AVENUE
LOS ANGELES, CA 91406

Account number (see instructions)

0638239012

Form **1098**    (Keep for your records)    www.irs.gov/Form1098    Department of the Treasury - Internal Revenue Service

---

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assets, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against your however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



6-21

EXHIBIT 1  PAGE  20

# EXHIBIT 2

## mr. cooper

8950 Cypress Waters Blvd.
Coppell, TX 75019



2939 1 AB 0.412  T11 P2  AUTO  955375.4-NNNN-30186931

JACK PIANDARYAN
7025 FIRMAMENT AVENUE
VANNUYS, CA 91406

### INFORMATIONAL STATEMENT

**CONTACT INFORMATION**

Customer Service: 877-143-5602
Monday – Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Hope Corden, and can be
reached at (666)-310-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 03/19/2019 |
| Loan Number: | 638239012 |
| Payment Due Date: | 04/01/2019 |
| **Total Payment Amount:** | **$151,554.48** |

Property Address:
7025027 FIRMAMENT AVENUE
LOS ANGELES, CA 91406

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing at the address on the following page.



955375.4-NNNN-116027448-2939.1

---

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $425,000.00 |
| Interest Rate | 3.750% |
| Escrow Balance | $0.00 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Transaction Activity (02/20/2019 to 03/19/2019)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/05/2019 | Partial Payment | $2,426.00 | | | | $2,426.00 |

### Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $640.11 |
| Interest | $1,328.13 |
| Escrow Amount (for Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$1,968.24** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $149,586.24 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$151,554.48** |

### Past Payments Breakdown

| | Payments Rec'd Since 02/20/2019 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $2,426.00 |
| **Total** | **$0.00** | **$2,426.00** |

### Important Messages                  (See Reverse side for Additional Critical Notices)

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261
If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.
Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

---

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

### VOLUNTARY PAYMENT COUPON

## mr. cooper

www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

JACK PIANDARYAN

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT | |
|---|---|---|
| 638239012 | 04/01/2019 | $151,554.48 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER®

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal can be made.

06382390120 015155448  015155448

---

EXHIBIT 2  PAGE  21

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/lass/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070 (6/2017)

EXHIBIT 2  PAGE  22

## mr. cooper

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
ONLINE
www.mrcooper.com

03/19/2019

JACK PIANDARYAN
7025 FIRMAMENT AVENUE
VANNUYS, CA 91406

**LOAN INFO**
LOAN NUMBER: 638239012
PROPERTY ADDRESS:
70257027 FIRMAMENT AVENUE
LOS ANGELES, CA 91406

Dear Jack Piandaryan:

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**Recent Account History:**

Payment due 10/01/2018: Unpaid balance of $1,968.24

Payment due 11/01/2018: Unpaid balance of $1,968.24

Payment due 12/01/2018: Unpaid balance of $1,968.24

Payment due 01/01/2019: Unpaid balance of $1,968.24

Payment due 02/01/2019: Unpaid balance of $1,968.24

Payment due 03/01/2019: Unpaid balance of $1,968.24

Current payment due 04/01/2019: $1,968.24
**As of 03/19/2019, the total payable amount is $151,554.48 to bring the loan current.**

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
• Modifying the terms of the current loan.
• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EXHIBIT 2  PAGE  23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Motion for Order Reopening Chapter 11 Case</u> <u>Pursuant to 11 U.S.C. § 350; Memorandum of Points and Authorities; and Declaration of Jack Piandaryan in Support</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>June 5, 2019</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>June 5, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Barrett Daffin Frappier
Treder & Weiss, LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001-4320

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>June 5, 2019</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served by Overnight Delivery**
Honorable Maureen A. Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324 / Courtroom 302
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/5/2019 | Victoria Rosales | *victoria* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Katherine Bunker     kate.bunker@usdoj.gov
Matthew R. Clark     bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
Dolores Garcia     dgarcia@portfoliorecovery.com
Barry S Glaser     bglaser@swesq.com, erhee@swesq.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Michael R Gonzales     lbcecf@bvwlaw.com
Vahe Khojayan     vahe@kglawapc.com
Andrew Kussmaul     Andrew.Kussmaul@Bonialpc.com
Erin L Laney     ecfcacb@piteduncan.com
Christopher M McDermott     ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
Brian A Paino     bpaino@gmail.com, crico@mcglinchey.com;khan@mcglinchey.com
S Margaux Ross     margaux.ross@usdoj.gov
Avi Schild     bk@atlasacq.com
Ramesh Singh     claims@recoverycorp.com
Ovsanna Takvoryan     otakvoryan@ckrlaw.com, r48607@notify.bestcase.com
LynAlise K Tannery     lynalise.tannery@buckleymadole.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**